# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ANGELA BRABSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:15-cv-00101-TRM-CHS ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant, | ) |

## REPORT AND RECOMMENDATION

This matter is before the Court upon Plaintiff's Counsel's Motion for Approval of Legal Fees [Doc. 24]. Defendant Commissioner's Response [Doc. 26] does not oppose Plaintiff's Counsel's Motion.

Plaintiff's Counsel's request for fees is based on past due benefits awarded to Plaintiff. The Court has carefully considered the record and finds that the $18,600.00 fee sought is reasonable under the circumstances for the work performed. Additionally, Plaintiff, and not Plaintiff's Counsel, received the previous fee award under the EAJA [*See* Docs. 23, 24-6, 24-7]. Therefore, Plaintiff's Counsel's does not need to refund any EAJA fees to Plaintiff.

Accordingly, the undersigned **RECOMMENDS** that:

1) Plaintiff's Counsel's Motion for Approval of Legal Fees [Doc. 24] be **GRANTED**; and

2) Plaintiff's Counsel be awarded $18,600.00 in attorney fees.

**ENTER**.

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE