# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| ANGELA BRABSON, | ) |
|     *Plaintiff*, | ) Case No. 1:15-cv-101 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| KILOLO KIJAKAZI, | ) Magistrate Judge Christopher H. Steger |
| Acting Commissioner of Social Security, | ) |
|     *Defendant*. | ) |

## ORDER

On January 24, 2023, United States Magistrate Judge Christopher H. Steger filed his Report and Recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Steger recommended that Plaintiff's Counsel's motion for attorney's fees (Doc. 24) be granted. (Doc. 28, at 1.)

Defendant Commissioner filed a response stating he does not oppose the motion. (Doc. 26.) The Court has reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS AND ADOPTS** Magistrate Judge Steger's report and recommendation (Doc. 28).
- Plaintiff's motion for attorney's fees and costs (Doc. 24) is **GRANTED**.

**SO ORDERED.**

                                        /s/ *Travis R. McDonough*
                                        **TRAVIS R. MCDONOUGH**
                                        **UNITED STATES DISTRICT JUDGE**